AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of Massachusetts

Omar Marrero, pro se

Plaintiff

V.

Franklin county House of Corrections

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

04 - 30230 - KPN
CASE NUMBER:

I, Omar Marrero _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Franklin County House of Correction

   Are you employed at the institution?  No   Do you receive any payment from the institution?  No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  $140.°° per week
   November 2003     Kmart Holyoke, MA     Northhampden 5--

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends               ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or workers compensation payments       ☐ Yes    ☐ No
   e. Gifts or inheritances                              ☐ Yes    ☐ No
   f. Any other sources                                  ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

Mother Maria Sanchez $100.00 to $200.00

Holly Williams $100" to $160."

I don't know how much I would be getting.

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____11-4-04_____    _____Omar Thomas_____
       Date                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

**Account Activity Ledger**

From: 01/07/2004 To: 11/08/2004

Date : 11/08/2004
Time : 06:03

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 104504 | **Name** MARRERO, OMAR | | | **Block** JAILF | | **Previous Balance** | | 0.00 |
| Initial Entry | 01/07/2004 | 06:03 | B#33144 | D | | 0.00 | | 0.00 |
| 140 NORTH MAIN ST SO | 01/07/2004 | 06:17 | B#33145 | D | | 20.00 | | 20.00 |
| Sales Transaction | 01/08/2004 | 08:57 | I#64759 | I | 19.52 | | | 0.48 |
| HAMPDEN COUNTY JAIL | 01/09/2004 | 06:22 | B#33154 | D | | 90.63 | | 91.11 |
| Sales Transaction | 01/09/2004 | 10:18 | I#64836 | I | 3.00 | | | 88.11 |
| Sales Transaction | 01/13/2004 | 13:08 | I#64888 | I | 48.13 | | | 39.98 |
| Sales Transaction | 01/13/2004 | 13:09 | I#64889 | I | 15.00 | | | 24.98 |
| Sales Transaction | 01/22/2004 | 09:04 | I#65072 | I | 21.10 | | | 3.88 |
| Sales Transaction | 01/23/2004 | 11:21 | I#65148 | I | 3.00 | | | 0.88 |
| HOLLY WILLIAMS 955 H | 02/02/2004 | 06:10 | B#33241 | D | | 50.00 | | 50.88 |
| Sales Transaction | 02/04/2004 | 08:50 | I#65409 | I | 50.54 | | | 0.34 |
| Sales Transaction | 02/05/2004 | 13:45 | I#65467 | I | -2.75 | | | 3.09 |
| Sales Transaction | 02/06/2004 | 10:25 | I#65481 | I | 3.00 | | | 0.09 |
| HOLLY WILLIAMS 955 H | 02/16/2004 | 06:12 | B#33308 | D | | 25.00 | | 25.09 |
| Sales Transaction | 02/19/2004 | 09:33 | I#65741 | I | 23.96 | | | 1.13 |
| Sales Transaction | 02/19/2004 | 09:35 | I#65742 | I | 0.90 | | | 0.23 |
| HOLLY WILLIAMS 955 H | 03/29/2004 | 06:04 | B#33485 | D | | 20.00 | | 20.23 |
| 1-73 DWIGHT ST HOLYO | 03/31/2004 | 05:58 | B#33499 | D | | 20.00 | | 40.23 |
| Sales Transaction | 04/01/2004 | 09:53 | I#66691 | I | 30.86 | | | 9.37 |
| Sales Transaction | 04/01/2004 | 10:03 | I#66696 | I | -30.86 | | | 40.23 |
| Sales Transaction | 04/01/2004 | 10:06 | I#66697 | I | 37.04 | | | 3.19 |
| Sales Transaction | 04/02/2004 | 10:48 | I#66742 | I | 3.00 | | | 0.19 |
| 1073 DWIGHT ST HOLYO | 06/03/2004 | 05:34 | B#33716 | D | | 20.00 | | 20.19 |
| Sales Transaction | 06/08/2004 | 10:21 | I#68147 | I | 12.35 | | | 7.84 |
| Sales Transaction | 06/15/2004 | 08:29 | I#68283 | I | 3.73 | | | 4.11 |
| Sales Transaction | 06/22/2004 | 08:54 | I#68428 | I | 1.37 | | | 2.74 |
| Sales Transaction | 06/29/2004 | 08:21 | I#68591 | I | 2.58 | | | 0.16 |
| holly william 955 ha | 07/15/2004 | 09:27 | B#33880 | D | | 10.00 | | 10.16 |
| Sales Transaction | 07/20/2004 | 09:42 | I#68989 | I | 9.84 | | | 0.32 |
| 1073 DWIGHT ST HOYLO | 08/02/2004 | 05:50 | B#33956 | D | | 20.00 | | 20.32 |
| Sales Transaction | 08/02/2004 | 15:22 | I#69266 | I | 19.98 | | | 0.34 |
| HOLLY WILLIAMS 955 H | 08/04/2004 | 05:19 | B#33969 | D | | 20.00 | | 20.34 |
| Sales Transaction | 08/10/2004 | 06:55 | I#69454 | I | 20.28 | | | 0.06 |
| 1073 SWIGHT ST HOLOK | 09/21/2004 | 05:15 | B#34159 | D | | 20.00 | | 20.06 |
| Sales Transaction | 09/21/2004 | 07:58 | I#70226 | I | 13.83 | | | 6.23 |
| IRIS RUIERO 411 NE 3 | 09/27/2004 | 05:28 | B#34179 | D | | 25.00 | | 31.23 |
| Sales Transaction | 09/27/2004 | 11:15 | I#70353 | I | 23.49 | | | 7.74 |
| Sales Transaction | 09/27/2004 | 13:23 | I#70370 | I | 6.50 | | | 1.24 |
| Sales Transaction | 09/28/2004 | 08:44 | I#70371 | I | -23.49 | | | 24.73 |
| Sales Transaction | 09/28/2004 | 08:45 | I#70372 | I | -6.50 | | | 31.23 |
| Sales Transaction | 09/28/2004 | 08:48 | I#70375 | I | 10.84 | | | 20.39 |
| Sales Transaction | 10/12/2004 | 07:37 | I#70620 | I | 10.71 | | | 9.68 |
| Sales Transaction | 10/18/2004 | 09:19 | I#70743 | I | 1.10 | | | 8.58 |
| Sales Transaction | 10/26/2004 | 08:16 | I#70872 | I | 5.75 | | | 2.83 |

**Account Activity Ledger**

From: 01/07/2004 To: 11/08/2004

Date : 11/08/2004
Time : 06:03

| Comment | Trx Date | Time | Batch /Inv # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|
| **ID** 104504 | **Name** MARRERO, OMAR | | | **Block** JAILF | | | **Previous Balance** | 2.83 |
| Sales Transaction | 11/02/2004 | 11:01 | I#71070 | I | 1.10 | | | 1.73 |

|  |  |  |  |
|---|---|---|---|
| **Deposits** | 13 **For** $ | 340.63 |
| **Withdraws** | 0 **For** $ | 0.00 |
| **Invoices** | 32 **For** $ | 338.90 |