# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| OMAR MARRERO,<br>　　　　Plaintiff<br><br>v.<br><br>FRANKLIN COUNTY HOUSE OF<br>CORRECTIONS,<br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES<br><br>04 - 30230 - KPN<br>Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

☒　GRANTED.

　　☒　The clerk is directed to file the complaint.

　　☒　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐　DENIED, for the following reasons:

_____

ENTERED on  November 24, 2004  .

　　　　　　　　　　　　　　　　　/s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge