1 24 05

to: Clerk

04 CV 30230-KPN

I am writing this letter because as soon as the other jails Superintendent got the sumons he moved me out the jail that was on the 3rd of this month. So I am writing to give you a change of a address so if there is any more papers that I need to get you'll have the right address to reach me. Also I would like a copy of my complaint. Thank you

Omar Marrero
629 Randal Road
Ludlow, MA, 01056

*Omar Marrero* (signature)
Omar Marrero

FILED IN CLERK'S OFFICE
2005 JAN 28 A 10:23
U.S. DISTRICT COURT
DISTRICT OF MASS