UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2005 [illegible]
U.S. DISTRICT [illegible]

OMAR MARRERO, pro se,
             Plaintiff,
v.

FRANKLIN COUNTY
FRANKLIN COUNTY SHERIFF MACDONALD
FRANKLIN COUNTY SHERIFF'S DEPARTMENT,
FRANKLIN COUNTY HOUSE OF CORRECTIONS,
SUPERINTENDENT BYRON,
DEPUTY SUPERINTENDENT SHEPARD,
DEPUTY SUPERINTENDENT HILL,
DEPUTY SUPERINTENDENT FITZPATRICK,
FRANKLIN COUNTY HOUSE OF CORRECTIONS
      MEDICAL DEPARTMENT
NURSE MORNINGSTAR, MEDICAL ADMINISTRATOR,
             Defendants.

CIVIL ACTION
NO. 04-30230-KPN

TO THE CLERK OF THE ABOVE NAMED COURT:

      Please enter my appearance as attorney for the following Defendants in the above action: Franklin County Sheriff Macdonald, Franklin County Sheriff's Department, Franklin County House of Corrections, Superintendent Byron, Deputy Superintendent Shepard, Deputy Superintendent Hill, Deputy Superintendent Fitzpatrick, Franklin County House of Corrections Medical Department and Nurse Morningstar, Medical Administrator,

                                    Respectfully submitted,
                                    Commonwealth of Massachusetts
                                    By Its Attorney,

                                    THOMAS F. REILLY
                                    ATTORNEY GENERAL

                                    William P. O'Neill  BBO#379745
                                    Assistant Attorney General
                                    Western Massachusetts Division
                                    1350 Main Street
                                    Springfield, MA 01103-1629
                                    (413)784-1240 FAX: 784-1244