UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OMAR MARRERO,,
        Plaintiff(s)

v.                      CIVIL ACTION: 04-30230-KPN

FRANKLIN COUNTY HOUSE OF CORRECTION,
ET AL
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

NEIMAN, U.S.M.J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    JUDGMENT entered for the Defendants pursuant to the Memorandum and Order of the Court entered this date granting the Defendants' motion for Summary Judgment..

                                                SARAH A. THORNTON,
                                                CLERK OF COURT

Dated: August 30, S 2005                By /s/ Mary Finn
                                                Deputy Clerk

(Judgment Civil.wpd - 11/98)                                              [jgm.]

Case 3:04-cv-30230-KPN    Document 11    Filed 08/30/2005    Page 2 of 2